## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James R. Mace, Patricia M. Mace,

        Plaintiffs,          Civil No. 07-1993 (RHK/JSM)

vs.          **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Boehringer Ingelheim Pharmaceuticals,
Inc., a Delaware corporation, Pfizer, Inc.,
a Delaware corporation,, Pharmacia Corporation,
a Delaware corporation, Pharmacia &
Upjohn Company LLC,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 24, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge